**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00216-CV**

_____

**JACK CARPENTER, Appellant**

**V.**

**INA CLAIRE WATSON, INDIVIDUALLY AND AS TRUSTEE OF THE FRANK AND INA WATSON FAMILY LIVING TRUST, Appellee**

On Appeal from the 258th District Court
San Jacinto County, Texas
Trial Cause No. CV14,744

**MEMORANDUM OPINION**

Appellant Jack Carpenter and Appellee Ina Claire Watson, Individually and as Trustee of the Frank and Ina Watson Family Living Trust, filed a Joint Motion to Dismiss Without Prejudice. The parties have agreed that the trial court's order granting Appellee's Motion for Summary Judgment is an interlocutory order.

On February 22, 2022, the trial court signed an order that granted Watson's motion for a no-evidence summary judgment and dismissed Carpenter's affirmative

defenses of "limitations, collateral estoppel, waiver, and laches[.]" On June 8, 2022, the trial court signed an order that dismissed Carpenter's claims that he "acquired superior title to the property in dispute . . . by limitation by adversely possessing the property in dispute[.]" The trial court's orders lack language that clearly and unequivocally demonstrates that the trial court intended the order to completely dispose of the entire case. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001).

Through their joint motion, Carpenter and Watson agree that the appeal should be dismissed because the trial court has not signed a final judgment that disposes of every pending claim and party before the trial court. *See* Tex. R. App. P. 42.1(a)(2). Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 2, 2022
Opinion Delivered November 3, 2022

Before Golemon, C.J., Kreger and Horton, JJ.